# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 5, 2026

Lyle W. Cayce
Clerk

———————

No. 25-20417
Summary Calendar

———————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

GREGORY TODD BENGSTON,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CR-449-1

———————————————————————

Before HIGGINBOTHAM, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Gregory Todd Bengston has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Bengston has not filed a response.

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-20417

While this appeal was pending, Bengston completed the prison term imposed upon revocation of his supervised release, and he was released from custody. Bengston's revocation sentence did not include an additional term of supervision. Accordingly, there is no longer a case or controversy for us to address. *See Spencer v. Kenma*, 523 U.S. 1, 7-8, 12-14 (1998).

The appeal is DISMISSED as moot, and the motion to withdraw is DENIED as unnecessary.